C. A. No. 73-85. STATE *ex rel.* RICHARD A. COLVIN *v.* THOMAS D. BROWN. Motion of defendant to consolidate instant case for

hearing with case of *State ex rel. Ryan* v. *Barry* and 100 other criminal appeals, No. 1464-Ex., is granted without prejudice to the right of the State to move for a severance. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

